UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| IN RE: KAYLIEB THOMPSON | )<br>)<br>)<br>) | No. 5:25-MISC-002-REW[1]<br><br>SEALED ORDER |

*** *** ***

The Court conducted a closed status conference in 5:25-CR-134, *United States v. Brian Phillip Epperson*, in response to a video posted to social media by Kaylieb Thompson containing threatening statements directed at Defendant Epperson as well as Thompson's behavior at a prior hearing in the case. This video gives rise to a host of potential issues. Along with exposing Mr. Thompson to possible criminal liability, the video is evidence of a serious safety risk to participants in Epperson's case and suggests disruption to the orderly and proper conduct of court proceedings in that case. The Court simply will not tolerate behavior intended to disrupt, imperil the integrity of, or erode the fairness of the judicial process for any litigant before it. Accordingly, in the interests of justice and to protect Mr. Thompson's interests, including his access and, if applicable, victim rights, the Court **APPOINTS** Patrick O'Neill under the Criminal Justice Act to represent Mr. Thompson.

The Court's case manager will provide Mr. O'Neill with Thompson's full address and phone number by separate email. Through counsel, Mr. Thomspon shall file a sealed and ex-parte financial affidavit (CJA 23) by no later than **January 5, 2026**. By the same date, Mr. O'Neill shall file a report confirming he has conferred with Thompson and indicating whether Mr.

---

[1] Related to 5:25-cr-134 (*United States v. Brian Phillip Epperson*).

Thompson accepts the provision of counsel.

The Court further **ORDERS** this matter to be **SEALED** pending further Orders. Because the Court anticipates additional related proceedings, the Court will assess the propriety of the continuing seal once counsel is in place and has communicated with Mr. Thompson. Counsel of record and the USMS should have access to and be served a copy.

This the 22nd day of December, 2025.

**Signed By:**
***Robert E. Wier***
**United States District Judge**